# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER 08mJ8233 |
| vs | ABSTRACT OF ORDER |
| Karim Antonio Agundez | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/24/08__
the Court entered the following order:

- ✓ Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ 15,000 bond posted.
- ____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- ____ Defendant sentenced to TIME SERVED, supervised release for ____ years.
- ____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
    ____ dismissing appeal filed.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case Dismissed.
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other. _____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

Received _____    W. SAMUEL HAMRICK, JR. Clerk
    DUSM                   by _____
                              Deputy Clerk

Crim-9 (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY