1  Michael D. Stein
2  Attorney at Law
3  CA State Bar: 43726
4  2727 Broadway
5  San Diego CA 92102
6  619/232-8987
7  Fax 619/232-2286
8



9        UNITED STATES DISTRICT COURT
10       SOUTHERN DISTRICT OF CALIFORNIA
11              (EL CENTRO)
12

13  UNITED STATES OF AMERICA,  )  Case No.: 08-mj-8233
                               )
14         Plaintiff,          )  SUBSTITUTION OF ATTORNEY
                               )  AND ORDER THEREON
15     Vs                      )
                               )
16  Karim Antonio AGUNDEZ      )
                               )
17         Defendant           )
                               )
18  _____)

19  The defendant, **Karim Antonio Agundez**, hereby
20  substitutes **Michael D. Stein**, as his attorney of record
21  in the case on file herein.
22  The defendant's current attorney of record, is now
23  relieved of any and all responsibility for defendant's
24  representation, including trial and appeal.
25  **I CONSENT TO THE SUBSTITUTION**
26  Dated: March 26, 2008                  [signature]
27                                  Karim Antonio Agundez
28                                         **Defendant**

**USA V AGUNDEZ**

**08-mj-8233**

**I CONSENT TO THE SUBSTITUTION**

Dated:

_____
**Appointed Counsel**
MATTHEW C. HAGEN
FEDERAL DEFENDERS OF SAN DIEGO

**I CONSENT TO THE SUBSTITUTION**

Dated: March 26, 2008

_____
Michael D. Stein
**Attorney for Defendant**

**SO ORDERED**

Dated: 4-1-08

_____
U.S. District Court Magistrate