FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KARIM ANTONIO AGUNDEZ,<br><br>    Defendant. | Criminal Case No. 08CR1162-L<br><br><u>I N F O R M A T I O N</u><br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about March 14, 2008, within the Southern District of California, defendant KARIM ANTONIO AGUNDEZ, did knowingly and intentionally import approximately 25.82 kilograms (56.80 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>April 15, 2008</u>.

KAREN P. HEWITT
United States Attorney

*[signature]*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:jam:Imperial
4/15/08