1  MICHAEL D. STEIN
2  Attorney at Law
   CSBN: 43726
3  2727 Broadway
   San Diego CA 92102
4  (619)-232-8986

5  Attorney for: Defendant,
   KARIM ANTONIO AGUNDEZ
6



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JAMES B. LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARIM ANTONIO AGUNDEZ,<br><br>Defendant. | Case No.: 08-CR1162-L<br><br>EX PARTE APPLICATION FOR AN ORDER EASING BOND TRAVEL RESTRICTION AND ORDER THEREON |

I, **MICHAEL D. STEIN**, do hereby declare as follows:

1. I am an attorney at law, duly licensed by the State of California to practice law in and before this honorable court. I am the attorney of record for KARIM ANTONIO AGUNDEZ, the defendant herein and have personal knowledge of each and every fact hereinafter to be stated.

2. The defendant in this matter is currently free on bond; the obligors are Rosaura Reid and Jacaranda Agundez. The bond conditions currently prevent the defendant from leaving the United States and entering Mexico.

3. The defendant's mother has passed on and is currently buried in Mexicali MX. The defendant wishes to visit his mother's grave and respectfully requests that the travel restrictions his bond be eased to allow him to leave the United States and enter Mexico, to arrive at Mexicali on May 23, 2008 and re-enter the United States May 24, 2008.

4. The obligors under the bond have been duly advised of the proposed change in travel restrictions and agree with this change. (Please see Attachment 1).

**SO ACKNOWLEDGED.**

Dated: _____
RAUSARA REID,
Obligor

Dated: _____
JACRANDA AGUNDEZ,
Obligor

**WHEREFORE**, the defendant hereby applies Ex Parte for an order easing the travel restrictions of his bond in this matter to allow him to enter Mexico

on May 23, 2008 to visit his mother's grave at Mexicali and re-enter the United States on May 24, 2008.

Dated: 5-24-08

Respectfully Submitted,

*/s/ Michael D. Stein*
MICHAEL D. STEIN,
Attorney for Defendant
KARIM ANTONIO AGUNDEZ

# ATTACHMENT 1

May 14, 2008

To Whom It May Concern:

I, Rosaura Reid and Jacaranda Agundez are the responsible for the Bail Bond for Karim Agundez. We give Karim Agundez permission for 48 hours to go to Mexicali, Mexico. We will be responsible for Karim and I already spoke to Karim and he knows the consequences if he breaks any rules. If you have any questions feel free to contact myself Rosaura Reid at 928-941-6280 or Jacaranda Agundez at 760-604-6601.

Sincerely,

*Rosaura Reid*
*Jacaranda Agundez*

Rosaura Reid
Jacaranda Agundez