MICHAEL D. STEIN
Attorney at Law
CSBN: 43726
2727 Broadway
San Diego CA 92102
(619)-232-8986

Attorney for: Defendant,
KARIM ANTONIO AGUNDEZ

FILED
MAY 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ EF ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JAMES B. LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-CR1162-L |
| Plaintiff, | |
| vs. | ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER EASING BOND TRAVEL RESTRICTION |
| KARIM ANTONIO AGUNDEZ, | |
| Defendant. | |

The oral ex parte application of **KARIM ANTONIO AGUNDEZ**, for an order easing the travel restrictions in his bond to allow him to enter Mexico on May 23, 2008 to visit his mother's grave at Mexicali and re-enter the United States on May 24, 2008 came on regularly today.

After the hearing the application, and considering the arguments tendered in support thereof and the sureties being duly advised and so acknowledging, the court orders as follows:

The application is **GRANTED**.

The defendants travel restrictions of his bond in this matter are hereby eased to allow him to visit his mother's grave in Mexicali Mexico; the defendant may leave the United States on May 23, 2008 and enter Mexico and must return on May 24, 2008. All other bond conditions are to remain intact.

**IT IS SO ORDERED.**

Dated: 5/23/08

JUDGE OF THE UNITED STATES DISTRICT COURT