1  MICHAEL D. STEIN
   Attorney at Law
2  CSBN: 43726
   2727 Broadway
3  San Diego CA 92102
   (619)-232-8986
4

5  Attorney for: Defendant,
   KARIM ANTONIO AGUNDEZ
6



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALFORNIA

(HONORABLE JAMES B. LORENZ)

| UNITED STATES OF AMERICA, | Case No.: 08-CR1162-L |
|---|---|
| Plaintiff, | |
| vs. | EX PARTE APPLICATION FOR AN ORDER EASING BOND TRAVEL RESTRICTION |
| KARIM ANTONIO AGUNDEZ, | |
| Defendant. | |

I, **MICHAEL D. STEIN**, do hereby declare as follows:

1. I am an attorney at law, duly licensed by the State of California to practice law in and before this honorable court. I am the attorney of record for KARIM ANTONIO AGUNDEZ, the defendant herein and have personal knowledge of each and every fact hereinafter to be stated.

2. The defendant in this matter is currently free on bond; the obligors are Rosaura Reid and Jacaranda Agundez. The bond conditions currently prevent the defendant from leaving the United States and entering Mexico.

3. The defendant owns four (4) restaurants in Mexico. His wife is currently running the restaurants and has no real experience in doing so. The defendant realizes that he may go to prison and needs to train his wife on how to run same while he discharges his sentence. As reflected in the attached statement from the obligors to the bond, they agree to relax bond conditions to allow him to enter Mexico each weekend for a twenty-four hour (24) period to arrive at Mexicali on Saturday and re-entering the United States the following Sunday evening, up until he has to report to custody.

**SO ACKNOWLEDGED.** (See Attachment)

Dated: _____
                                    RAUSARA REID,
                                    Obligor

Dated: _____
                                    JACRANDA AGUNDEZ,
                                    Obligor

**WHEREFORE**, the defendant hereby applies Ex Parte for an order easing the travel restrictions of his bond in this matter to allow him to enter Mexico

each weekend for a 24 hour period of time, thereby entering on Saturday and re-entering the United States the following Sunday evening, up until he is placed in custody, to train his wife in their restaurant business.

Dated:      6-2-08                                  Respectfully Submitted,

                                                              /s/ michael d. stein
                                                              MICHAEL D. STEIN,
                                                              Attorney for Defendant
                                                              KARIM ANTONIO AGUNDEZ

03/20/2008 13:23 17607683569 POPULAR CASH EXPRESS PAGE 02

To whom it may concern,

Our brother Karim Agundez is going though a difcult situation these past few months. We the sureties on his bail bond would like to help him get past though this dificult situation, by asking the Judge and court permission for our brother to enter Mexicali for a period of 24 hrs every weekend, so to say Saturday morning and return Sunday Night. We the sureties understand this is a lot to ask for but we ask for sympathy and understanding. Our brother needs some time to take care of some personal matters in Mexicali which require his presence. As you may already know from his pretrial report our brother and his wife own a seafood restaurant in Mexicali. They have owned it for 10 years, and our brother has been the general manager for those 10 years. This restaurant is their only source of income, our brother's concern is his wife's unexperience in their restaurant will affect their family income. Since he will be absent for a couple of months he would like some time to train his wife and show her how to run their restaurant successfully as he has for the past ten years. We have spoken to our brother and we understand the penalties and sanctions and we take full responsibility for our brother actions. He has complied with all the conditions the Judge and court has given him, and understands the penalties and sanctions. We have no problem in him having this permission and take full responsibility. If you have any questions feel free to contact us. Thank you very much for your time and attention.

_Rosaura Reid_
Rosaura Reid
(928)344-4080

_Jacaranda Agundez_
Jacaranda Agundez
(760)804-6601